UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NORMA JEAN BELLANGER                           CIVIL ACTION

VERSUS                                          NUMBER: 11-00634

MICHAEL J. ASTRUE,                              SECTION: "A"(5)
COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION

**O R D E R**

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections to the Magistrate Judge's Report and Recommendation, remands this matter to the Commissioner for further proceedings in light of assignment of error #1. In assignment of error #1 the plaintiff argues that the ALJ improperly rejected the findings of the treating physician, Dr. Hortman, and substituted his own medical opinion. This Court finds merit to this argument insofar as the ALJ reached certain conclusions about Plaintiff's RFC that contradicted Dr. Hortman's conclusions. On the other hand, the Court looks with disfavor upon the rote type of checklist

form that Plaintiff used as evidence of Dr. Hortman's findings, given the lack of other objective evidence in the record to corroborate Dr. Hortman's assertions. The Court is persuaded that the outcome of Plaintiff's decision might very well have been different if Plaintiff had provided a more comprehensive report from Dr. Hortman to present the facts upon which he based his conclusions. Additional evidence from Dr. Hortman would likely be particularly key in this case because none of the other objective evidence in the record expressly contradicts his conclusions.

Accordingly,

**IT IS ORDERED** that this matter is **REMANDED** to the Commissioner for an additional evidentiary hearing on the fact issues involved in the determination of whether Plaintiff can perform past work or any other work, seeking additional evidence from treating physicians, including but not limited to Dr. Hortman, and considering all her impairments. The Commissioner is to reconsider his prior decision in view of that additional evidence together with the rest of the record.

September 17, 2012

_____
UNITED STATES DISTRICT JUDGE